B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re   Manuel Torres                     ,
           Debtor

Case No.   12-56569

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Target<br>Po BOX 660170<br>Dallas, TX 75266 | | Credit Card | | 150 |
| Capital One<br>PO BOX 60599<br>City of Industry, CA 91716 | | Credit Card | | 192 |
| JCPenny<br>PO BOX 960090<br>Orlando, Fl 32896 | | Credit Card | | 201 |
| Chase<br>PO BOX 659754<br>San Antonio, TX 78265 | | Credit Card | | 300 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pulmonary Specialist Group of nevada PO BOX 504192 St Louis, MO 63150 | | Medical | | 400 |
| Medic West Ambulance In Po BOX 3429 Modesto, Ca 95353 | | Medical | | 1,004 |
| United Critical Care 1801 W Olympic Blvd File 1270 Pasadena, Ca 91199 | | Medical | | 1,197 |
| Fremont emergency services 9301 S western ave Oklahoma, City, OK 73139 | | Medical | | 1,309 |
| Bar harbor & Newport Cove Po BOX 348600 Sacramento, CA 95834 | | Credit Card | | 2,117 |
| Best Buy Po BOX 49353 San Jose, CA 95161 | | Credit Card | | 2,802 |
| Client Services c/o Wells Fargo Bank 3451 Harry S Truman Blvd St Charles, MO 63301 | | Credit Card | | 2,899 |
| TLThompson & assoc c/o State Farm PO BOX 496149 Garland, TX 75049 | | Insurance | | 3,993 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-779 - 32611-301X-***** - PDF-XChange 3.0

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sunrisse Credit services c/o Bank of america Card Po BOX 9100 Farmingdale, NY 11735 | | Credit Card | | 8,430 |

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date  9/5/2012       Signature  /s/ Manuel Torres
                                MANUEL TORRES