```
THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL: (209) 575-3116
FAX: (209) 575-5956

Attorney for Debtor
MANUEL TORRES
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: MANUEL TORRES,<br><br>          Debtor.<br><br>_____/ | CASE NO. 12-56569<br>Chapter 11<br>Date: November 1, 2012<br>Time: 10:00 am<br> Place: US Bankruptcy Court<br>       280 S 1st St<br>       Courtroom 3099 3rd Fl.,<br>       San Jose, CA<br>Judge: Hon. Stephen L. Johnson |

## DEBTOR'S PRELIMINARY STATUS REPORT

Manuel Torres, Debtor, submits the following status report.

**(1) Post-Petition Activities**

A Chapter 11 bankruptcy was filed September 5, 2012.

The Debtors' schedules, statement of financial affairs, and other required documents were timely filed.

The Debtors and their attorney attended the initial debtor's interview on October 3 2012 and provided required documents.

The meeting of creditors required by 11 U.S.C.§ 341 was held on October 10, 2012 at 10: 30 am and was concluded.

The United States Trustee has not yet appointed a committee of unsecured creditors.

1

**(2) Introduction to Debtors**

Debtor is single person with one teenage son. He operates Torres Auto Sales, a used car lot located in San Jose, CA. He has operated the sales lot for 15 years. He makes a modest living, about $5,000 per month, and owns three residential rentals.

All four properties are over secured with first mortgages.

**(3) The Probable Reorganization to be Proposed by Debtor**

Debtor plans to negotiate a reasonable value and reasonable repayment terms on first mortgages on the three rentals. Motions to value collaterals are now being prepared and will soon be filed.

**(4) Filing of Plan**

The Debtors intend to file a plan prior to the end of the Debtors' exclusivity period.

**(5) Cramdown**

The Debtors intend to confirm the plan under 1129 (a) (8)

**(6) Valuation of Assets**

The Debtors may require a Court hearing in establishing the valuation of assets.

**(7) Cash Collateral and Adequate Protection**

There are issues of cash collateral in this case. Debtor is impounding and segregating the rent receipts in a debtor-in-possession account.

**(8) Environmental Issues**

The Debtors are unaware of any claims which are based on environmental laws.

**(9) Objections to Claims**

Debtors do not anticipate the need to object to the claims filed to date.

Case: 12-56569   Doc# 28   Filed: 10/26/12   Entered: 10/26/12 17:53:09   Page 2 of 3

**(10) Post-Confirmation Sale of Assets**

The plan is not expected to include any provision for the post-confirmation sale of assets which might require the involvement of the Court.

**(11) Anticipated Professional Fees**

The Debtors, in their capacity as debtor-in-possession, has employed Thomas O. Gillis as their attorney in the Chapter 11 case. An order authorizing such employment has been filed.

Attorney's fees through confirmation of a plan are estimated to be $30,000. Accountants may need to be employed, and fees are estimated to be $2,500. Appraisals have been obtained prior to filing the petition.

Dated: 10/26/12

Respectfully submitted,

*/s/ Thomas O. Gillis*
THOMAS O. GILLIS

(TG/kk)

3